# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARREN SCOTT,** | : CIVIL ACTION |
| **Plaintiff,** | : |
| v. | : No. 16-1149 |
| **OFFICER WILLIAM CASEY, et al.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 12th day of February, 2018, upon consideration of "Defendant's Motion for Summary Judgment" (Doc. No. 29), it is hereby **ORDERED** that the Motion is **GRANTED** and all claims are **DISMISSED**. The Clerk of Court shall mark this case as **CLOSED**.

                                                **BY THE COURT:**

                                                /s/ Mitchell S. Goldberg

                                                **Mitchell S. Goldberg, J.**